8 So.2d 903

**Arlie JACKSON v. STATE.**

**8 Div. 270.**

Court of Appeals of Alabama.
June 9, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

10 So.2d 57

**Bentley JACKSON v. STATE.**

**8 Div. 213.**

Court of Appeals of Alabama.
May 26, 1942.

Rehearing Denied June 23, 1942.

Fred S. Parnell, of Florence, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

5 So.2d 848

**Clem JACKSON alias v. STATE.**

**4 Div. 633.**

Court of Appeals of Alabama.
Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

5 So.2d 848

**Don (alias Dan) JACKSON v. STATE.**

**4 Div. 693.**

Court of Appeals of Alabama.
Jan. 13, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed, motion of appellant.

8 So.2d 903

**Manor JACKSON v. STATE.**

**4 Div. 726.**

Court of Appeals of Alabama.
May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

1 So.2d 44

**Ronnie JACKSON v. STATE.**

**7 Div. 614.**

Court of Appeals of Alabama.
March 4, 1941.

E. W. Harmon, of Anniston, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.